TONY WEST
Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch, Civil Division
MARY HAMPTON MASON
Senior Trial Counsel
EDWARD J. MARTIN
SARAH E. WHITMAN
Trial Attorneys
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0089
Facsimile: (202) 616-4314
E-mail: sarah.whitman@usdoj.gov

*Attorneys for Defendants Julie L. Myers, John P. Torres,
Scott Weber and Bartolome Rodriguez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARIA ARGUETA, et al., | |
| Plaintiffs, | Hon. Peter G. Sheridan |
| v. | Civil Action No. 08-1652 |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | **[PROPOSED] ORDER** |
| Defendants. | |

THIS MATTER having come before the Court by Defendants Myers, Torres, Weber and Rodriguez; and good cause having been shown,

IT IS on this 21 day of May, 2009,

ORDERED THAT:

1. Any party seeking to file a motion for reconsideration of the Court's May 6, 2009 order and opinion must do so on or before June 2, 2009.

_____
Honorable Peter G. Sheridan
United States District Judge